# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00070-CV

**Destry W. Kittman, Glendee Kittman and Martha S. Kittman, Appellants**

**v.**

**W. Shane Kittman, Donald E. Arthur and Gwen B. Arthur, Appellees**

### FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT
### NO. 36643, HONORABLE GUILFORD L. JONES III, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have filed a joint motion requesting a thirty-day abatement to aid efforts to resolve their dispute through settlement. We grant the motion and abate this appeal until February 1, 2016. On or before that date, the parties should either (as applicable) file a motion to reinstate and for final disposition in accordance with their settlement or file a report advising the Court of the status of the appeal and if any extension of the abatement is warranted.

Before Justices Puryear, Pemberton, and Goodwin

Abated

Filed:   December 31, 2015